UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

JOCELYN CHROBAK,

               Plaintiff,          1:06 CV 01916 (MSG)

  -against-

HILTON INTERNATIONAL,             MOTION TO COMPEL
HILTON HOTELS CORPORATION,
COSTA CARIBE CORAL BY HILTON,

               Defendants.

----------------------------------------X

**MEMO ENDORSED**

      Plaintiff, Jocelyn Chrobak, by and through her attorneys, MANCHANDA LAW OFFICES PLLC, requests that this Honorable Court compel Defendants to answer our Request for Production of Documents. In support, Plaintiff states as follows:

1. On April 12, 2007, this Honorable Court ordered the Defendants to provide Plaintiff with the franchise agreement between Costa Caribe Coral by Hilton and Hilton Group PLC (hereinafter, the "Franchise Agreement"). Defendants, to date, have not complied with said order.

2. On May 25, 2007, the Plaintiff, through her attorneys, submitted a list of document demands and interrogatories to be provides by Defendants. Defendants, to date, have not complied with our request for discovery.

*Motion denied pursuant to Local Rule 37.2.*
*So ordered.*
*July 27, 2009*

                                              *United States District Judge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/09